IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DONNA KING[1], | § | |
| | § | No. 402, 2016 |
| Respondent Below, | § | |
| Appellant, | § | Court Below: Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. 16-05-01TS |
| DIVISION OF FAMILY SERVICES, | § | Petition No. 16-13751 |
| *et al.*, | § | |
| | § | |
| Petitioners Below, | § | |
| Appellees. | § | |

Submitted: February 8, 2017
Decided: February 22, 2017

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## ORDER

This 22nd day of February, 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of the court's decision dated July 12, 2016.

---

[1] By Order dated August 8, 2016, the Court assigned a pseudonym to the appellant. Del. Supr. Ct. R. 7(d).

NOW, THEREFORE, IT IS ORDERED that the final decision of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice